IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EVA MARIE FAIRBANKS,                         6:15-cv-02360-SB

       Plaintiff,                            ORDER

v.

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration,

       Defendant.

BROWN, Judge.

    Magistrate Judge Stacie Beckerman issued Findings and Recommendation (#15) on January 23, 2017, in which she recommends this Court reverse and remand the Commissioner's decision denying Plaintiff's application for disability insurance benefits from October 4, 2012, through October 14, 2013, for the immediate calculation and award for benefits. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1  -   ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. See *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). See also *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Beckerman's Findings and Recommendation (#15). Accordingly, the Court **REVERSES** the decision of the Commissioner and **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and award of benefits and **DISMISSES** the case.

IT IS SO ORDERED.

DATED this 14th day of February, 2017.

_____
ANNA J. BROWN
United States District Judge

2  -  ORDER